1  BENJAMIN B. WAGNER
   United States Attorney
2  LAUREL D. WHITE
   Exec. Asst. U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00424-WBS |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JAMAL WARREN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WHEREAS, on or about December 16, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(a)(1), based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Jamal Warren forfeiting to the United States the following property:

       a.  Compaq computer; and
       b.  Blackberry PDA.

AND WHEREAS, beginning on December 17, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(a)(1), to be disposed of according to law, including all right, title, and interest of Jamal Warren.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this <u>10th</u> day of <u>May</u>, 2012.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE