UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>JAMAL KAREEM WARREN,<br><br>         Defendant. | CR.  NO. 2:10-424 WBS<br><br>ORDER |

----oo0oo----

On January 16, 2015, defendant Jamal Kareem Warren filed a Motion for Review of Sentence pursuant to 28 U.S.C. § 3742(a)(1). (Docket No. 87.) The United States shall file an opposition to defendant's motion no later than February 11, 2015. Defendant may then file a reply no later than February 25, 2015. The court will then take the motion under submission and inform

1

the parties if oral argument or further proceedings are necessary.

        IT IS SO ORDERED.

Dated:  January 22, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE