Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Jamal Warren

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMAL WARREN,<br><br>　　　　Defendant. | 2:10-cr-00424-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO RESET STATUS CONFERENCE |

　　　Defendant Jamal Warren, by and through counsel Krista Hart, and the United States of America (government), by and through counsel Assistant U.S. Attorney Matthew Yelovich, hereby stipulate and agree that the status conference currently set for June 15, 2015, be vacated and a hearing reset for July 13, 2015.

　　　The matter is currently before the Court on Mr. Warren's *pro se* "Motion for Review of Sentence Pursuant to 18 U.S.C. § 3742(a)(1)." ECF No. 87. The Court recently appointed counsel for Mr. Warren on May 20, 2015. Additionally, counsel for the government is also relatively new to the case.

　　　The parties ask the matter be reset to July 13, 2015, to allow time to obtain

1

and review the trial file, additional time is also necessary for defense counsel to communicate with Mr. Warren at the federal prison facility in Oakdale, Louisiana.

Therefore, the parties stipulate the interests of justice are best served if the status conference currently set for June 15, 2015, be vacated and reset for July 13, 2015.

DATED: June 11, 2015

      /s/ Krista Hart
Attorney for Defendant
Jamal Warren

DATED: June 11, 2015      BENJAMIN WAGNER
United States Attorney

      /s/ Matthew Yelovich
Assistant U.S. Attorney

## ORDER

Good cause appearing, the status conference set for June 13, 2015, is vacated and reset for July 13, 2015 at 9:30 a.m.

Dated: June 11, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2