Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Jamal Warren

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL WARREN,<br><br>Defendant. | 2:10-cr-00424-WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO RESET STATUS CONFERENCE |

Defendant Jamal Warren, by and through counsel Krista Hart, and the United States of America (government), by and through counsel Assistant U.S. Attorney Matthew Yelovich, hereby stipulate and agree that the status conference currently set for July 13, 2015, be vacated and reset for July 27, 2015.

The matter is currently before the Court on Mr. Warren's *pro se* "Motion for Review of Sentence Pursuant to 18 U.S.C. § 3742(a)(1)." ECF No. 87. The Court appointed counsel for Mr. Warren on May 20, 2015. Counsel for the government is also relatively new to the case.

The parties ask the matter be reset to July 27, 2015, for two reasons. First,

since the last stipulation and proposed order was filed in this case on June 10, 2015 (ECF No. 113), counsel for Mr. Warren received notice from the Sacramento County Superior Court that she is on call for jury duty beginning July 13, 2015. Therefore, there is a possibility counsel will have to appear in Sacramento Superior Court on the morning of July 13, 2015, and will not be able to appear before this Court. The Sacramento Superior Court will notify prospective jurors when they will have to appear via its website after 5:00 pm on Friday, July 10, 2015.

Second, Mr. Warren and his family have indicated they will be retaining counsel to substitute in for present counsel. As of this filing, that has not yet occurred. Mr. Warren and his family have expressed their desire to keep the matter on calender for July 13, 2015, however, it appears the only task to be accomplished at the hearing is to ask the Court for more time to allow Mr. Warren to retain counsel. Therefore, it seems appropriate to put the matter over for two weeks to allow Mr. Warren sufficient time to secure the counsel of his choice.

For these reasons, the parties stipulate and agree the matter should be reset to July 27, 2015.

DATED: July 10, 2015          /s/ Krista Hart
                              Attorney for Defendant
                              Jamal Warren


DATED: July 10, 2015          BENJAMIN WAGNER
                              United States Attorney

                               /s/ Matthew Yelovich
                              Assistant U.S. Attorney

# ORDER

Good cause appearing, the status conference set for July, 13 2015, is vacated and reset for July 27, 2015 at 9:30 a.m.

Dated:   July 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE