Krista Hart
Attorney at Law
State Bar No. 199650
P.O. Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for
Jamal Warren

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMAL WARREN,

    Defendant.

2:10-cr-00424-WBS

STIPULATION AND ~~PROPOSED~~ ORDER TO VACATE THE STATUS CONFERENCE AND SET A BRIEFING SCHEDULE

    Defendant Jamal Warren, by and through counsel Krista Hart, and the United States of America (government), by and through counsel Assistant U.S. Attorney Matthew Yelovich, hereby stipulate and agree that the status conference currently set for July 27, 2015, be vacated and a briefing schedule set regarding Mr. Warren's *pro se* motion.

    The matter is currently before the Court on Mr. Warren's *pro se* "Motion for Review of Sentence Pursuant to 18 U.S.C. § 3742(a)(1)." ECF No. 87. Mr. Warren, acting *pro se*, and the government have filed subsequent briefing. ECF Nos. 87, 91, 94, 103, 105 and 111.

1

On May 4, 2015, the Court held a hearing concerning whether former counsel, Harris Taback, would be relieved. During the hearing, the Court asked the following question:

> ... I want to know whether he understood at the time he entered his plea that it was a defense if he reasonably believed the girl was over 18 years old.

Tx, 05/04/15, p.3, lines 15-17.

The Court appointed present counsel for Mr. Warren on May 20, 2015.

The parties request a briefing schedule be set to clarify the issues and to address the Court's question. The proposed briefing schedule would be:

August 17, 2015   amended motion

September 8, 2015   government opposition

September 14, 2015   reply

Because this is post-conviction, the parties do not request a hearing date. However, if the Court has questions or wants argument, the parties will work with the clerk to set a hearing date.

DATED: July 24, 2015

    /s/ Krista Hart
Attorney for Defendant
Jamal Warren

DATED: July 24, 2015

BENJAMIN WAGNER
United States Attorney

    /s/ Matthew Yelovich
Assistant U.S. Attorney

2

**<u>ORDER</u>**

Good cause appearing, the status conference set for July, 27 2015, is vacated and a briefing schedule is set as follows:

August 17, 2015     amended motion

September 8, 2015   government opposition

September 14, 2015  reply

Dated:   July 24, 2015

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE