UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMAL KAREEM WARREN,<br><br>　　　　　Defendant. | No.  2:10-cr-0424-WBS<br><br>**Court of Appeals No. 15-17107**<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

----oo0oo----

　　　　　For the reasons set forth in this court's Order filed September 23, 2015 (Docket No. 125), defendant's motion for appealability (Docket No. 128) is DENIED.  Because mistake of age is neither an element of nor an affirmative defense to 18 U.S.C. § 2423(a), defendant's argument that his trial counsel was ineffective by failing to advise him that "mistake of age was an affirmative defense" does not present a claim for the denial of a Constitutional right which jurists of reason would find debatable.  See Barefoot v. Estelle, 463 U.S. 880, 894 (1983).

　　　　　The Clerk of this court is ordered to forthwith

1  transmit a copy of this Order to the Clerk of the United States
2  Court for the Ninth Circuit.
3  Dated:  November 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE