UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0424-WBS |
| Plaintiff, | **ORDER** |
| v. | |
| JAMAL KAREEM WARREN, | |
| Defendant. | |

----oo0oo----

Warren's Motion for Change of Placement (Docket No. 134) is DENIED. It is for the Bureau of Prisons, not this court, to determine the place of confinement of a sentenced prisoner.

Dated: August 29, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1