| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | TANYA B. SYED |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cr-00424-WBS |
| Plaintiff, | STIPULATION AND ORDER WAIVING PRELIMINARY HEARING DATE AND SETTING ADMIT/DENY HEARING DATE |
| v. | |
| JAMAL KAREEM WARREN, | |
| Defendant. | Judge: Hon. Allison Claire |

## STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on September 16, 2019.
2. By this Stipulation, the defendant now waives his right to a Preliminary Hearing and the parties now move to vacate the Preliminary Hearing set on September 16, 2019.
3. By this Stipulation, the parties now move to set an Admit/Deny Hearing on September 30, 2019, at 9:00 a.m.
4. The defendant made his initial appearance on September 11, 2019.
5. The defendant is presently in custody pending trial in this matter.

Stipulation to Waive P/H and Set A/D        1        United States v. Warren

**IT IS SO STIPULATED.**

DATED: September 13, 2019       /s/ Tanya B. Syed
                                TANYA B. SYED
                                Assistant U.S. Attorney

DATED: September 13, 2019       /s/ Michael Jared Favero
                                MICHAEL JARED FAVERO
                                Attorney for Defendant

## ORDER

IT IS SO FOUND AND ORDERED, this 16th day of September, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE