UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL WARREN,<br><br>Defendant. | No. 2:19-cr-00163-KJM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAL WARREN,<br><br>Defendant. | No. 2:10-cr-00424-WBS<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned cases reveals that they are related within the meaning of Local Rule 123(a) and (f). Here, "both actions involve the same parties and are based on the same . . . claim" and "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort."

1

Local Rule 123(a)(1), (3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Additionally, because these matters involve a petition for violation of supervised release and a new indictment based on the same conduct alleged in the underlying violation petition, and the district judge assigned to the violation petition has expressed no desire to retain the supervised release action, this court finds it is appropriate to relate the two actions. *See* Local Rule 123(f).

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.

As a result, it is hereby ORDERED that 2:10-cr-00424-WBS is reassigned from District Judge William B. Shubb to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:10-cr-00424-KJM. Any deadlines or hearings currently scheduled in the reassigned case are VACATED and will be reset by the undersigned.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: September 23, 2019.

_____
UNITED STATES DISTRICT JUDGE