IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMAL WARREN,<br>Defendant. | Case No. 2:10-cr-00424 DC & 2:19-cr-00163 DC<br><br>**~~[PROPOSED]~~ MODIFIED ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RELEASE TO ATTEND FUNERAL**<br><br>Judge: Hon. Chi Soo Kim<br>Date: September 21, 2026<br>Time: 2:00 p.m. |

Pending before the Court are Defendant Jamal Warren's Emergency Motions For Temporary Release to attend the funeral services of his grandmother, Willie Grider. (Case No. 2:10-cr-00424-DC, ECF No. 195; Case No. 2:19-cr-00163-DC, ECF No. 70.) A hearing was held on September 21, 2026. The Court GRANTS Defendant Warren's motions, and issues the following order with conditions. The following documents accompany this order: a signed Notice to Defendant being Released; a signed Third Party Custodian form; and an Order for Temporary Release of Person In Custody for the United States Marshal.

IT IS HEREBY ORDERED THAT Defendant JAMAL WARREN shall be released from the Sacramento County Jail at 8:30 a.m. on Saturday, September 26, 2026, for JAMAL WARREN to attend the funeral of his grandmother, Willie Grider.

IT IS HEREBY ORDERED THAT private investigator Fred Scoville will pick up JAMAL WARREN from the Sacramento County Jail at 651 I Street, Sacramento, CA at 8:30

a.m. on September 26, 2026, and return Mr. Warren to the Sacramento County Jail at 651 I Street by 6:00 p.m. on the same day, September 26, 2026.

IT IS FURTHER ORDERED that any and all mandatory, standard and special terms and conditions of release in both of Mr. Warren's Eastern District of California criminal cases will remain in effect during the entire time of his temporary release. (Case No. 2:10-cr-00424-DC, ECF No. 183 filed 12/05/23; Case No. 2:19-cr-00163-DC, ECF No. 59 filed 12/05/23.)

IT IS FURTHER ORDERED that, during the period when Jamal Warren is released pursuant to this order, that **at all times**, Mr. Warren must remain in the physical company of investigator Fred Scoville, to include periods when either Mr. Warren or Mr. Scoville needs to use the restroom.

IT IS FURTHER ORDERED THAT investigator Fred Scoville will drive Mr. Warren directly from the Sacramento County Jail to Richmond, California, to attend the 11:00 a.m. celebration of life service of Willie Grider at Southside Church of Christ at 1501 Florida Avenue, Richmond, CA, and that at the conclusion of the celebration of life service, Mr. Scoville will drive Mr. Warren directly back to the Sacramento County Jail – arriving at 6:00 p.m. or earlier at the jail. There will be no stopping at restaurants or at any other location on September 26, 2026.

IT IS FURTHER ORDERED that at on September 26, 2026, Mr. Scoville remain in "real time" contact by group emails with defense attorney Michael Long, AUSA Charles Campbell, and U.S. Probation Officers Talia Carruba-Katz, Dustin Vaught and Lisa Hage. Mr. Scoville will inform the group when he has left the Sacramento County Jail with Mr. Warren, when he has arrived at the church in Richmond with Mr. Warren, when he is leaving the church with Mr. Warren, and when he has arrived back at the Sacramento County Jail with Mr. Warren.

IT IS FURTHER ORDERED that at all times on September 26, 2026, Mr. Warren will not possess, use, or have any access to any cellular phone, computer, tablet, or any device that can access the internet.

IT IS FURTHER ORDERED that at all times on September 26, 2026, Mr. Warren will not have any individual or intentional contact with any minors.

IT IS FURTHER ORDERED that Mr. Warren will not consume any alcohol, drugs, or any controlled substance at any time on September 26, 2026.

IT IS FURTHER ORDERED that at all times on September 26, 2026, Mr. Warren will not have any association with any convicted felon or any person involved in criminal conduct.

IT IS FURTHER ORDERED that on September 26, 2026, if Mr. Scoville witnesses any violation of any of these conditions, including Mr. Warren's conditions of release identified above in Case No. 2:10-cr-00424-DC and Case No. 2:19-cr-00163-DC, Mr. Scoville is mandated to immediately report the suspected violation of any of these conditions to defense attorney Michael Long, AUSA Charles Campbell, and U.S. Probation Officers Talia Carruba-Katz, Dustin Vaught and Lisa Hage.

IT IS SO FOUND AND ORDERED on this date, September 23, 2026.

Hon. Chi Soo Kim
United States Magistrate Judge
Eastern District of California