UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 23, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMAL KAREEM WARREN

Defendant.

Case No. 2:10-cr-00424-DC and 2:19-cr-00163-DC

**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMAL KAREEM WARREN,

Case No. 2:10-cr-00424-DAD and 2:19-cr-00163, 18 USC § 3583, from custody

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ $ ____

______ Unsecured Appearance Bond $ $ ____

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): **Defendant to be temporarily released to the custody of private investigator Fred Scoville at 8:30 AM on Saturday, 9/26/2026; Fred Scoville will pick up defendant from the Sacramento County Jail located at 651 I Street, Sacramento CA. Fred Scoville will return defendant to the same jail by 6:00 PM on Saturday, 9/26/2026.**

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 23, 2026 at 4:45 PM

By: Chi Soo Kim

Magistrate Judge Chi Soo Kim